IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JOHN SANDERSON, JR.**                                                                    **PLAINTIFF**

**v.**                       **No. 1:20CV81-SA-JMV**

**ALCORN COUNTY CHANCERY COURT, ET AL.**                      **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, the instant case is

**DISMISSED** with prejudice for want of subject matter jurisdiction.

    **SO ORDERED**, this, the 12th day of May, 2020.

                                                        /s/ Sharion Aycock
                                                        UNITED STATES DISTRICT JUDGE