IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JOHN JR. SANDERSON                                                          PETITIONER

v.                                                                              No. 1:20CV81-SA-JMV

ALCORN COUNTY CHANCERY COURT, ET AL.                    RESPONDENTS

ORDER RESTRICTING ACCESS TO DOCUMENTS

As the instant petition [1] for writ of mandamus, the supplement [4] to that petition, and their supporting documents reveal the name of a victim of sexual assault, the Clerk of the Court is DIRECTED to restrict access to these documents to parties only.

SO ORDERED, this, the 15th day of July, 2020.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE